Kelly **TENTION,** Plaintiff—Appellant,

v.

**E.J. MELVIN, Lee County Sheriff; Darlene Miller, Lee County Sheriff's Deputy; Len Blakney, Lee County Sheriff's Deputy; Unknown Subjects, in their official, individual or personal capacities, Defendants—Appellees.**

No. 05–6706.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 30, 2005.

Kelly Tention, Appellant Pro Se.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelly Tention, a South Carolina prisoner, appeals the district court's order adopting the recommendation of a magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) action for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tention v. Melvin,* CA–05–315–13BD (D.S.C. Apr. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*